IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

EBONY QUEEN                                                                       PLAINTIFF

VS.                                             CIVIL ACTION NO. 18-558

MOHAN SINGH JUGAIT, INC.                             DEFENDANTS
MOHAN SINGH JUGAIT; and
JOHN DOES 1 - 5

## COMPLAINT

**COMES NOW**, the Plaintiff, Ebony Queen, by and through her attorney and files this Complaint against the Defendants, Mohan Singh Jugait, Inc., (hereinafter "MSJI"), Mohan Singh Jugate, (hereinafter "Mohan Singh") and John Does 1-5 and in support of this suit, Plaintiff would show the following facts:

## PARTIES

1.

Plaintiff, Ebony Queen, is an adult resident citizen of Hinds County, Mississippi whose residential address is 266 Englewood Street, Jackson, Mississippi.

2.

Defendant, Mohan Singh Jugait, Inc., is a Virginia corporation with its principle place of business at 1600 East Jefferson Court, Sterling, VA 20164. Mohan Singh Jugait Inc., may be served with process by service upon its Registered Agent, Mohan Singh Jugait, 1600 East Jefferson Court, Sterling, VA 20164.

3.

Defendant, Mohan Singh Jugait, is an adult resident citizen of Loudoun County, Virginia, whose residential address is 1600 East Jefferson Court, Sterling, VA 20164, where he may be served with process of this Court.

**EXHIBIT A**

4.

Defendants, John Does 1 through 5 are individuals whose names and addresses of residences are unknown.

## JURISDICTION AND VENUE

5.

This civil action arises out of the negligent acts and omissions of Defendants committed in the State of Mississippi against a resident of the State of Mississippi.

6.

This Court has in personal jurisdiction over Defendants pursuant to §13-3-57 of the Mississippi Code.

7.

Venue is proper in the First Judicial District of Hinds County, Mississippi in that the cause of action occurred in the First Judicial District of Hinds County, Mississippi pursuant to §11-11-3 of the Mississippi Code.

# FACTS

8.

On or about March 20, 2017, Plaintiff was traveling eastbound on I-20 in the First Judicial District of Hinds County, Mississippi. At the same time John Doe 1 was traveling eastbound on I-20 when he/she swerved into the lane of Plaintiff and forced Plaintiff's vehicle off the roadway into a tree.

While responsible for the management and control of his/her vehicle, John Doe 1 was careless, negligent, grossly negligent and reckless, by swerving his/her vehicle into the lane of Plaintiff on I-20.

9.

At the above mentioned time and place, John Doe 1 was the employee or agent of Mohan Singh and MSJI and was acting in the furtherance of the business of Mohan Singh and MSJI and within the scope of his/her employment or agency.

10.

Defendants, Mohan Singh and MSJI, is liable for the negligent, gross negligent and reckless acts of its employee or agent, John Doe 1.

11.

At all times relevant, Plaintiff did not contribute to the collision in any manner.

### NEGLIGENCE AND GROSS NEGLIGENCE OF JOHN DOE 1

12.

Disregarding his/her duty as a motorist, John Doe 1, was guilty of one or more of the following:

- a. Failure to operate said vehicle with due care and caution for the safety of Ebony Queen;
- b. Failure to properly control his/her vehicle;
- c. Failure to keep a proper look-out and be on the alert;
- d. Driving at an unreasonable rate of speed;
- e. Failure to keep a safe distance between his vehicle and other vehicles;

f.  Negligently and careless creating a hazardous condition; and

g.  Other negligent acts or omissions of the Defendant.

## NEGLIGENCE AND GROSS NEGLIGENCE OF MOHAN SINGH JUGAIT

13.

Defendant, Mohan Singh, before and at the time of the collision herein, was guilty of intentional, willful, unlawful, reckless, and/or negligent acts and/or omissions which include but are not necessarily limited to the following:

a,  Hiring and retaining John Doe 1;

b.  Failing to properly train John Doe 1;

c.  Failing to develop and maintain a fleet management program;

d.  Violating state and federal laws and regulations as to the operation of commercial trucks;

e.  Failing to develop, implement, and/or enforce reasonable and prudent safety policies for the protection and safety of the public;

f.  Failing to adhere to and abide by federal and state laws and regulations in regard to the maximum number of driving hours and hours of work for drivers;

g.  Failing to perform an adequate pre-employment background check before hiring John Doe 1;

h.  Negligent entrustment of its commercial vehicle to John Doe 1; and

I.  Other acts of negligence.

## NEGLIGENCE AND GROSS NEGLIGENCE OF MOHAN SINGH JUAGAIT, INC.

14.

Defendant, MSJI, before and at the time of the collision herein, was guilty of

-4-

intentional, willful, unlawful, reckless, and/or negligent acts and/or omissions which include but are not necessarily limited to the following:

a. Hiring and retaining John Doe 1;

b. Failing to properly train John Doe 1;

c. Failing to develop and maintain a fleet management program;

d. Violating state and federal laws and regulations as to the operation of commercial trucks;

e. Failing to develop, implement, and/or enforce reasonable and prudent safety policies for the protection and safety of the public;

f. Failing to adhere to and abide by federal and state laws and regulations in regard to the maximum number of driving hours and hours of work for drivers;

g. Failing to perform an adequate pre-employment background check before hiring John Doe 1;

h. Negligent entrustment of its commercial vehicle to John Doe 1; and

I. Other acts of negligence.

## DAMAGES

15.

As a direct and proximate result of the concurrent negligent and gross negligent acts of Defendants, John Doe 1, Mohan Singh, and MSJI, Ebony Queen suffered severe injuries and incurred substantial damages and will continue to suffer in the future the following injuries and damages including but not limited to the following:

a. Past, present and future doctor, hospital, drug, and medical bills;

b. Past, present and future mental and emotional distress;

  c. Past, present and future physical pain and suffering;

  d. Past and future wage loss;

  e. Any other relief which the Court or jury deems just or appropriate based upon the circumstances.

16.

The aforesaid acts and omissions of Defendants, John Doe 1, Mohan Singh and MSJI, constitute intentional, willful, unlawful, reckless conduct and wanton disregard for the rights of Plaintiff, and for other members of the public utilizing the highways and roads and/or constitute gross negligence and recklessness as to show a total lack of regard for the rights of Plaintiff, and for other members of the public utilizing the highways and roads which entitles Plaintiff to recover punitive and exemplary damages against John Doe 1, Mohan Singh, and MSJI in an amount to be assessed by the Court and/or jury.

## RELIEF DEMANDED

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, demands a judgment of and from Defendants, John Doe 1, Mohan Singh Jugait, and Mohan Singh Jugait, Inc., jointly and severally as follows:

  (a) Actual and compensatory damages;

  (b) Punitive damages;

  (c) Pre-judgment and post-judgment interest, and all costs accrued in this action; and

  (d) Any other relief which the Court or jury deems just and appropriate.

DATED: This the 25th day of September, 2018.

                                          RESPECTFULLY SUBMITTED,

                                          EBONY QUEEN

                                      BY:  /s/ LARRISSA C. MOORE
                                                 LARRISSA C. MOORE

OF COUNSEL:

LARRISSA C. MOORE, MSB #105402
JOE TATUM, MSB#10308
TATUM & WADE, PLLC
P. O. BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
LMOORE@TATUMANDWADE.COM
JNTATUM@AOL.COM

-7-

# COVER SHEET
## Civil Case Filing Form
(To be completed by Attorney/Party Prior to Filing of Pleading)

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2016)

**Court Identification Docket #:** 25 I1 C0
County #: 25   Judicial District: I1   Court ID (CH, CI, CO): C0

**Case Year:** 2018
**Docket Number:** 558
**Local Docket ID:**

Month/Date/Year: 10/01/18 (This area to be completed by clerk)

Case Number if filed prior to 1/1/94: ___

In the CIRCUIT Court of HINDS County — FIRST Judicial District

### Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

### Plaintiff
**Individual** — Last Name: QUEEN   First Name: EBONY   Maiden Name: ___   M.I.: ___   Jr/Sr/III/IV: ___

**Attorney (Name & Address):** Larrissa C. Moore, Post Office Box 22688, Jackson, MS 39225-2688
**MS Bar No.:** 105402
Signature of Individual Filing: /s/ Larrissa C. Moore

### Defendant
**Individual** — Last Name: JUGAIT   First Name: MOHAN   Maiden Name: ___   M.I.: S   Jr/Sr/III/IV: ___

### Nature of Suit (Place an "X" in one box only)

**Domestic Relations:** Child Custody/Visitation, Child Support, Contempt, Divorce:Fault, Divorce: Irreconcilable Diff., Domestic Abuse, Emancipation, Modification, Paternity, Property Division, Separate Maintenance, Term. of Parental Rights-Chancery, UIFSA, Other

**Appeals:** Administrative Agency, County Court, Hardship Petition (Driver License), Justice Court, MS Dept Employment Security, Municipal Court, Other

**Business/Commercial:** Accounting (Business), Business Dissolution, Debt Collection, Employment, Foreign Judgment, Garnishment, Replevin, Other

**Probate:** Accounting (Probate), Birth Certificate Correction, Mental Health Commitment, Conservatorship, Guardianship, Heirship, Intestate Estate, Minor's Settlement, Muniment of Title, Name Change, Testate Estate, Will Contest, Alcohol/Drug Commitment (Involuntary)

**Children/Minors - Non-Domestic:** Adoption - Contested, Adoption - Uncontested, Consent to Abortion, Minor Removal of Minority, Other

**Civil Rights:** Elections, Expungement, Habeas Corpus, Post Conviction Relief/Prisoner, Other

**Contract:** Breach of Contract, Installment Contract, Insurance, Specific Performance, Other

**Statutes/Rules:** Bond Validation, Civil Forfeiture, Declaratory Judgment, Injunction or Restraining Order, Other

**Real Property:** Adverse Possession, Ejectment, Eminent Domain, Eviction, Judicial Foreclosure, Lien Assertion, Partition, Tax Sale: Confirm/Cancel, Title Boundary or Easement, Other

**Torts:** Bad Faith, Fraud, Intentional Tort, Loss of Consortium, Malpractice - Legal, Malpractice - Medical, Mass Tort, Negligence - General, [X] Negligence - Motor Vehicle, Premises Liability, Product Liability, Subrogation, Wrongful Death, Other

IN THE <u>CIRCUIT</u> COURT OF <u>HINDS</u> COUNTY, MISSISSIPPI

<u>FIRST</u> JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____   Docket No. If Filed
         File Yr     Chronological No.    Clerk's Local ID    Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of _1_ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: _____ _____ ( _____ ) _____ _____
         Last Name      First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** <u>MOHAN SINGH JUGAIT, INC.</u>
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____ _____ ( _____ ) _____ _____
         Last Name      First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____ _____ ( _____ ) _____ _____
         Last Name      First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

EBONY QUEEN                                        PLAINTIFF

VS.                               CIVIL ACTION NO. __18-558__

MOHAN SINGH JUGAIT, INC.                                         DEFENDANTS
MOHAN SINGH JUGAIT; and
JOHN DOES 1 - 5

## SUMMONS

TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

You are hereby commanded to Summons:

**Mohan Singh Jugait**
**1600 East Jefferson Court**
**Sterling, VA 20164**

NOTICE TO DEFENDANT

THE COMPLAINT WITH DISCOVERY ATTACHED WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

This the __1__ day of ~~September~~ October, 2018.

                                       ZACK WALLACE, CLERK
                                       CIRCUIT COURT OF HINDS COUNTY

                         BY: _Karla Bailey_ D. C.

ATTORNEY FOR PLAINTIFF
JOE TATUM, STATE BAR NO. 10308
TATUM & WADE, PLLC
P. O. BOX 22688
JACKSON, MS 39225-2688
(601) 948-7770

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

EBONY QUEEN     PLAINTIFF

VS.     CIVIL ACTION NO. 18-558

MOHAN SINGH JUGAIT, INC.
MOHAN SINGH JUGAIT; and     DEFENDANTS
JOHN DOES 1 - 5

## SUMMONS

TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

You are hereby commanded to Summons:

Mohan Singh Jugait, Inc.
c/o Mohan Singh Jugait, Registered Agent
1600 East Jefferson Court
Sterling, VA 20164

### NOTICE TO DEFENDANT

THE COMPLAINT WITH DISCOVERY ATTACHED WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

This the 1 day of ~~September~~ October, 2018.

ZACK WALLACE, CLERK
CIRCUIT COURT OF HINDS COUNTY

BY: Karla Bailey D. C.

ATTORNEY FOR PLAINTIFF
JOE TATUM, STATE BAR NO. 10308
TATUM & WADE, PLLC
P. O. BOX 22688
JACKSON, MS 39225-2688
(601) 948-7770

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

EBONY QUEEN      PLAINTIFF

VS.      CIVIL ACTION NO. 18-558

MOHAN SINGH JUGAIT, INC.
MOHAN SINGH JUGAIT; and
JOHN DOES 1 - 5      DEFENDANTS

## SUMMONS

TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

You are hereby commanded to Summons:

**Mohan Singh Jugait**
**1600 East Jefferson Court**
**Sterling, VA 20164**

NOTICE TO DEFENDANT

THE COMPLAINT WITH DISCOVERY ATTACHED WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

This the _1_ day of ~~September~~ October, 2018.

ZACK WALLACE, CLERK
CIRCUIT COURT OF HINDS COUNTY

BY: _Karla Bailey_ D. C.

ATTORNEY FOR PLAINTIFF
JOE TATUM, STATE BAR NO. 10308
TATUM & WADE, PLLC
P. O. BOX 22688
JACKSON, MS 39225-2688
(601) 948-7770

ATTEST A TRUE COPY
OCT -1 2018
ZACK WALLACE, CIRCUIT CLERK
BY _Karla Bailey_ D.C.

## RETURN

STATE OF MISSISSIPPI

COUNTY OF HINDS

I, LARRISSA MOORE, do hereby certify that I have this day served the Complaint, along with Plaintiff's First Set of Interrogatories, Request for Production and Request for Admissions to Mohan Singh Jugait at 1600 East Jefferson Court, Sterling, VA 20164 in the following manner: __via certified mail with return receipt dated December 27, 2018__

THIS, the 8th day of January, 2019.

BY: _____
SIGNATURE

_____
ADDRESS

_____
CITY            STATE            ZIP CODE

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Via Certified Mail
   Mohan Singh Jugait
   1600 East Jefferson Court
   Sterling, VA 20164

   9590 9402 4096 8092 7494 28

2. Article Number (Transfer from service label)
   7017 1450 0002 0467 9146

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

EBONY QUEEN                                                                                   PLAINTIFF

VS.                                                          CIVIL ACTION NO. 18-558

MOHAN SINGH JUGAIT, INC.                                                             DEFENDANTS
MOHAN SINGH JUGAIT; and
JOHN DOES 1 - 5

### SUMMONS

TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

You are hereby commanded to Summons:

**Mohan Singh Jugait, Inc.**
**c/o Mohan Singh Jugait, Registered Agent**
**1600 East Jefferson Court**
**Sterling, VA 20164**

NOTICE TO DEFENDANT

THE COMPLAINT WITH DISCOVERY ATTACHED WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

This the ___1___ day of ~~September~~ October, 2018.

ZACK WALLACE, CLERK
CIRCUIT COURT OF HINDS COUNTY

BY: _____ D. C.

ATTORNEY FOR PLAINTIFF
JOE TATUM, STATE BAR NO. 10308
TATUM & WADE, PLLC
P. O. BOX 22688
JACKSON, MS 39225-2688
(601) 948-7770

ATTEST A TRUE COPY

OCT -1 2018

ZACK WALLACE, CIRCUIT CLERK
BY _____ D.C.

## RETURN

STATE OF MISSISSIPPI

COUNTY OF HINDS

I, LARRISSA MOORE, do hereby certify that I have this day served the Complaint, along with Plaintiff's First Set of Interrogatories, Request for Production and Request for Admissions to Mohan Singh Jugait, Inc., c/o Mohan Singh Jugait, Registered Agent, at 1600 East Jefferson Court, Sterling, VA 20164 in the following manner: __via certified mail with return receipt dated December 27, 2018__

THIS, the 8th day of January, 2019.

BY: _____
SIGNATURE

_____
ADDRESS

_____
CITY          STATE          ZIP CODE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Via Certified Mail
   Mohan Singh Jugait, Inc.
   c/o Mohan Singh Jugait, Registered Agent
   1600 East Jefferson Court
   Sterling, VA 20164

   9590 9402 4136 8092 0751 80

2. Article Number (Transfer from service label)

   7017 1450 0002 0467 9153

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  12/27/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
   (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    mestic Return Receipt