## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**EBONY QUEEN**                                                          **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 3:19-CV-67-HTW-LRA**

**MOHAN SINGH JUGAIT, INC.**
**MOHAN SINGH JUGAIT; and**                          **DEFENDANTS**
**JOHN DOES 1 - 5**

### AGREED ORDER OF REMAND

Before the Court is the Plaintiff's Motion to Remand. In making her motion, the Plaintiff argues that the amount-in-controversy requirement of 28 U.S.C. § 1332 is not satisfied in light of a post-removal stipulation filed, in which Plaintiff avers that she will not seek more than $74,000. In addition, the parties advise they have entered into a binding agreement and stipulation of record that will be filed in state court upon remand, which *inter alia* affirmatively limits the Plaintiff's recovery to $74,000. In reliance on this stipulation, Defendant has agreed with Plaintiff that the amount-in-controversy is less than the Court's jurisdictional amount, and that this case is due to be remanded.

It is therefore ordered that Plaintiff's Motion to Remand is hereby GRANTED and this cause shall be remanded in its entirety back to the County Court of Hinds County, Mississippi.

/s/ *Henry T. Wingate*
UNITED STATES DISTRICT JUDGE

AGREED:

COUNSEL FOR PLAINTIFF
LARRISSA C. MOORE, MSB # 105402

COUNSEL FOR DEFENDANT
SCOTT ELLZEY (MSB # 10435)