UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

March 13, 2019

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
MAR 18 2019
ARTHUR JOHNSTON
BY _Divisions_ DEPUTY

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE
601-608-4010

SOUTHERN at Gulfport
2012 15th St., Ste. 403, ZIP 39501

EASTERN at Hattiesburg
701 Main St., Ste. 200, ZIP 39401

JACKSON & WESTERN at Jackson
501 E. Court St. Ste. 2.500, ZIP 39201

Hon. Zack Wallace, Clerk
Circuit Clerk of Hinds County, Mississippi
P.O. Box 327
Jackson, MS 39205

**FILED**
MAR 15 2019
ZACK WALLACE, CIRCUIT CLERK
BY _____ D.C.

RE: *Ebony Queen vs. Mohan Singh Jugait, Inc., et al.*
Our Case No.: 3:19-cv-00067-HTW-LRA
Your Case No.: 18-00558

Dear Clerk Wallace:

Pursuant to 28 U. S. C. § 1447(c), enclosed, please find a certified copy of an Agreed Order of Remand entered on March 12, 2019, in the above-captioned case on the docket of our court. Also enclosed is a certified copy of our docket sheet.

Please indicate your receipt of these documents by completing the acknowledgment on the copy of this letter and returning it to us via the enclosed self-addressed, stamped envelope.

Should you have any questions, please contact our office at 601-608-4000.

Sincerely Yours,

ARTHUR JOHNSTON, CLERK   By: _E. Moser_, D. C.

### ACKNOWLEDGEMENT OF RECEIPT

I hereby acknowledge receipt of the documents referred to above on this the 15 day of March, 20 19.

ZACK WALLACE, CIRCUIT CLERK
CIRCUIT CLERK OF HINDS COUNTY, MS

By: _____, D.C.

